# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSE IVAN MEJIA-CHAVEZ,**

                **Petitioner,**

vs.                                             Case No. 16-CV-168-DRH

**UNITED STATES OF AMERICA,**

                **Respondent.**

## **MEMORANDUM AND ORDER**

**HERNDON, District Judge**:

On July 6, 2017, the Seventh Circuit issued a mandate that vacated this Court's decision denying petitioner's § 2255 petition, and remanded the case for further proceedings (Doc. 29). Following receipt of the Seventh Circuit's mandate, this Court directed Mejia-Chavez to amend his § 2255 petition by attaching an affidavit to support his allegations surrounding his request for his attorney to appeal the final judgment in his criminal case (Doc. 34). Mejia-Chavez's affidavit was filed today, October 16, 2017 (Doc. 36).

In light of the recently filed affidavit, the Court believes an evidentiary hearing would expedite the resolution of Mejia-Chavez's pending § 2255 motion, given that Mejia-Chavez and his CJA appointed counsel, Robert Elovitz, filed competing declarations regarding his request for an appeal. Accordingly, the Court finds that the interests of justice require that Mejia-Chavez be represented by counsel at the hearing. The Court further finds that Mejia-Chavez is unable to

afford counsel and accordingly, the Court hereby **ORDERS** that, pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings and 18 U.S.C. § 3006A, attorney Bobby Edward Bailey, 4387 Laclede Avenue, Suite A, St. Louis, MO 63108, of the CJA Panel, is **APPOINTED** to represent Petitioner Mejia-Chavez for the purposes of this hearing only.

Should it become apparent after the hearing that further briefing on Mejia-Chavez's § 2255 motion is necessary, the Court will enter an appropriate order at that time. Furthermore, the Court **SETS** this matter for hearing on Wednesday, December 13, 2017 at 10:00 a.m.

**IT IS SO ORDERED.**

Digitally signed by Judge David R. Herndon
Date: 2017.10.16 14:50:33 -05'00'

**United States District Judge**